IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-172 |
| | § | |
| NANCI CAROLINA OCHOA-SANCHEZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 37). The motion for continuance is granted. The sentencing hearing is reset to **April 12, 2018, at 9:00 a.m.**

SIGNED on January 18, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge